IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DENNIS ALSIP | § |
| | § |
| V. | § CIVIL ACTION NO. G-13-068 |
| | § |
| STATE FARM MUTUAL INSURANCE | § |
| COMPANY OF TEXAS | § |

<u>ORDER ADOPTING
REPORT AND RECOMMENDATION</u>

On July 9, 2013, Magistrate Judge John R. Froeschner issued a Report and Recommendation in which he recommended that the "Motion to Dismiss without Prejudice" of Plaintiff, Dennis Alsip, be granted. Judge Froeschner set July 15, 2013, as the deadline for the filing of objections, however, to date, none have been filed by either Party.

After appropriate review, pursuant to 28 U.S.C. § 636(b)(1)(C), the Court finds that Judge Froeschner's findings and recommendation are well-grounded in law and fact.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1)   the Report and Recommendation of Magistrate Judge Froeschner is **APPROVED** and **ADOPTED** by this Court;

2)   the "Motion to Dismiss without Prejudice" (Instrument no. 10) of Plaintiff, Dennis Alsip, is **GRANTED**; and

3)   the Original Petition of Plaintiff, Dennis Alsip, is **DISMISSED** without prejudice.

DONE at Galveston, Texas, this _18th_ day of _July_, 2013.

Gregg Costa
United States District Judge